UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YONGSUK SHIN, on behalf of herself and other similarly situated,<br><br>                                Plaintiff,<br><br>v.<br><br>JUN YUP LEE and JY LEE CHIROPRACTIC, LLC,<br><br>                                Defendant. | Case No. 2:23-cv-02694<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties appearing in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is and be hereby dismissed and discontinued in its entirety with prejudice.

| | |
|---|---|
| _____<br>Benjamin B. Choi, Esq.<br>**The Choi Law Group, LLC**<br>100 Challenger Road, Suite 302<br>Ridgefield Park, New Jersey 07660<br>T: (201) 438-0200<br>F: (201) 623-5888<br>E: bchoi@choilawgroup.com<br>*Attorneys for Plaintiff* | _____<br>Sean Kwak, Esq.<br>**Kim, Cho & Lim, LLC**<br>460 Bergen Boulevard, Suite 305<br>Palisades Park, New Jersey 07650<br>T: (201) 585-7400<br>F: (201) 585-7422<br>E: seankwak@kcllawfirm.com<br>*Attorneys for All Defendants* |

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   8/12/2024